**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00965-CV

### STATE OF TEXAS AND CARLOS CASCOS, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, Appellants

### V.

### LAWRENCE EDWARD MEYERS AND MYRTIS EVANS, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09939**

## ORDER

We **GRANT** appellants' September 29, 2015 first unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than November 16, 2015. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/      CRAIG STODDART
              JUSTICE